UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HONG HUANG,<br><br>    Plaintiff,<br><br>vs.<br><br>WAYNE P. DESTEFANO, et al.,<br><br>    Defendants. | NO. CV-11-0229-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

On June 9, 2011 Plaintiff filed the Complaint in the above entitled action. On June 16, 2011 and prior to the appearance of any Defendant, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1). Pursuant to that Notice (ECF No. 2), the Clerk of this court shall enter judgment of dismissal without prejudice of the Complaint and the claims therein.

The Clerk of this court shall enter this Order and judgment, forward copies to the Plaintiff, and CLOSE THIS FILE.

DATED this 28th day of June 2011.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1